IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES SIMMERS,<br>        **Plaintiff,**<br><br>v.<br><br>JAMES ELO; MIKE KELLY; TIMOTHY DEERY; JOSE COLLAZO; JAMES W. AVERY; JOSEPH RALSTON; ANDREW KELLY; NEHEMIAH HAIGLER; JOHN BRENNAN; AVRIL EKLUND; TIMOTHY RILEY; and JOHN AND JANE DOES 1-25,<br>        **Defendants.** | CIVIL ACTION<br><br><br><br>NO. 14-6609 |

## ORDER

AND NOW, this 5th day of June, 2015, upon consideration of Commonwealth Defendants' Motion to Dismiss Plaintiff's First Amended Complaint (ECF No. 13) and the opposition thereto (ECF No. 14), **IT IS ORDERED** that the Motion is **GRANTED IN PART AND DENIED IN PART** as follows:

    Counts II and IV are **DISMISSED WITH PREJUDICE;**

    Count V is **DISMISSED WITHOUT PREJUDICE;** and

    The Motion is **DENIED** in all other respects.

BY THE COURT:

_____
WENDY BEETLESTONE, J.