IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JAMES SIMMERS,**<br>　　　　　**Plaintiff,**<br><br>　　　　　v.<br><br>**JAMES ELO; MIKE KELLY; TIMOTHY DEERY; JOSE COLLAZO; JAMES W. AVERY; JOSEPH RALSTON; ANDREW KELLY; NEHEMIAH HAIGLER; JOHN BRENNAN; AVRIL EKLUND; TIMOTHY RILEY; and JOHN AND JANE DOES 1-25,**<br>　　　　　**Defendants.** | **CIVIL ACTION**<br><br><br><br>**NO. 14-6609** |

## O R D E R

**AND NOW**, this 18th day of March, 2016, upon consideration of Defendants' Motion for Summary Judgment (ECF No. 35), Plaintiff's Response in Opposition thereto (ECF No. 40), and Defendants' Reply in Support thereof (ECF No. 41), **IT IS HEREBY ORDERED** that Defendants' motion is **GRANTED** and **JUDGMENT IS ENTERED IN FAVOR** of Defendants and **AGAINST** Plaintiff.

The Clerk of the Court is directed to close this case.

　　　　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　　　　**/S/WENDY BEETLESTONE, J.**

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　**WENDY BEETLESTONE, J.**